# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT BOYER, | Case No.: 3:15-cv-01417-L-JLB |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS FOR 30 DAYS** |
| FIVE GUYS ENTERPRISES, LLC, | |
| Defendant. | |

For good cause shown pursuant to *Landis v. North American Co.*, 299 U.S. 248, 254 (1936), the Joint Motion to Stay Proceedings for 30 Days to Allow Parties to Pursue Settlement is granted. This action is stayed until **March 4, 2019.** No later than **March 4, 2019,** the parties shall file a joint status report.

**IT IS SO ORDERED**.

Dated: February 1, 2019

_____
Hon. M. James Lorenz
United States District Judge